Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE STEINMETZ, | Case No. 2:19-cv-00070-RFB-CWH |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT (First Request)** |
| v. | |
| LEXISNEXIS; E-MERGES.COM; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC., | Complaint filed: January 10, 2019 |
| Defendants. | |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Jacqueline Steinmetz ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on January 10, 2019. The current deadline for Experian to respond to the Complaint is currently on or about February 4, 2019. Plaintiff and Experian stipulate and agree that Experian shall have until February 25, 2019 to file its responsive pleading provided that Experian's counsel participates in a Rule 26(f) conference if scheduled prior to this date.

This is Experian's first request for an extension of time to respond to the Complaint and is

not intended to cause any delay or prejudice to any party, but rather to allow Experian time to investigate Plaintiff's claims. Moreover, Experian's counsel was only recently retained on January 30, 2019.

**IT IS SO STIPULATED.**

DATED this 1st day of February 2019.　　　NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866
jbraster@nblawnv.com
asharples@nblawnv.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

DATED this 1st day of February 2019.　　　HAINES & KRIEGER

By: */s/ Miles N. Clark*
David H. Krieger (NBN 9086)
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123

KNEPPER & CLARK LLC

Matthew I. Knepper (NBN 12796)
Miles N. Clark (NBN 13848)
Shaina R. Plaksin (NBN 13935)
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff Seyed Riazi*

**IT IS SO ORDERED.**

Dated February 4, 2019

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000