GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jacqueline Steinmetz,<br><br>Plaintiff,<br><br>v.<br><br>LexisNexis Risk Solutions Inc., *et al*.,<br><br>Defendants. | Case No. 2:19-cv-00070-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions Inc.[1] ("Defendant") and Plaintiff Jacqueline Steinmetz ("Plaintiff"), by and through their respective counsel, stipulate as follows:

1. Plaintiff filed her Complaint on January 10, 2019.

2. Defendant was served with the Complaint on January 14, 2019.

3. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is February 4, 2019.

4. The undersigned counsel for Defendant was recently retained and continues to review the allegations in Plaintiff's Complaint. Therefore, Defendant requests additional time, up

---

[1] Plaintiff names "LexisNexis" as the defendant in the above-captioned matter. Upon information and belief, LexisNexis Risk Solutions Inc. is the proper defendant.

1

37779731

to and including February 25, 2019, to formulate a response to Plaintiff's Complaint.

5. Plaintiff consents to the requested extension.

6. This is the first request by the Parties seeking such extension.

7. Additionally, Defendant has agreed with Plaintiff that Defendant will participate in the required Rule 26(f) conference at a mutually agreeable time, even if the parties agree to hold the Rule 26(f) conference prior to Defendant's extended responsive pleading deadline.

In consideration of the foregoing, and for good cause, it is hereby STIPULATED AND AGREED by and between the Parties, that Defendant LexisNexis Risk Solutions Inc. shall have up to and including February 25, 2019 to file an answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED**

Dated this 1st day of February, 2019.

| /s/ Miles N. Clark, Esq. | /s/ Gary E. Schnitzer |
|---|---|
| Miles N. Clark, Esq. | GARY E. SCHNITZER, ESQ. |
| Nevada Bar No. 13848 | Nevada Bar No. 395 |
| KNEPPER & CLARK LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| 10040 W. Cheyenne Ave., Suite 170-109 | 8985 South Eastern Avenue, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, Nevada 89123 |
| Telephone: (702) 825-6060 | Telephone: (702) 222-4142 |
| Facsimile: (702) 447-8048 | Facsimile: (702) 362-2203 |
| Email: miles.clark@knepperclark.com | Email: gschnitzer@ksjattorneys.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Jacqueline Steinmetz* | *LexisNexis Risk Solutions Inc.* |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated February 4, 2019