Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:19-cv-00070-RFB-CWH<br><br>**JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR RULE 11 SANCTIONS**<br><br>**[FIRST REQUEST]** |

/ / /

Plaintiff Jacqueline Steinmetz ("Plaintiff") and Defendant, Experian Information Solutions, Inc. ("Experian"), by and through their counsel of record, hereby move jointly to extend Plaintiff's deadline to file a response to Experian's Motion for Rule 11 Sanctions (7) seven days:

1. On April 17, 2019, Experian filed a Motion for Rule 11 Sanctions [ECF Dkt.26].

2. Plaintiff's Response is due May 1, 2019.

3. Plaintiff and Experian have agreed to extend Plaintiff's response seven days in order to allow Plaintiff's counsel to contact the client to address Experian's pending motion for Rule 11 sanctions and obtain approval to file the response. As a result, both Plaintiff and Experian hereby request this Court to further extend the date for Plaintiff to respond to Experian's Motion for Rule 11 Sanctions until **May 8, 2019**. This joint motion is made in good faith, is not interposed

/ / /

for delay, and is not filed for an improper purpose.

Dated April 29, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| 10040 W. Cheyenne Ave., Suite 170-109 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| **HAINES & KRIEGER LLC** | **JONES DAY** |
| David H. Krieger, Esq. | Cheryl L. O'Connor, Esq. |
| Nevada Bar No. 9086 | 3161 Michelson Drive |
| 8985 S. Eastern Avenue, Suite 350 | Irvine, CA 92612 |
| Henderson, NV 89123 | Email: coconnor@jonesday.com |
| Email: dkrieger@hainesandkrieger.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Experian Information Solutions, Inc.* |

*Steinmetz v. LexisNexis et al*
2:19-cv-00070-RFB-CWH

### ORDER GRANTING
### JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
### EXPERIAN'S MOTION FOR RULE 11 SANCTIONS

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2019

# **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of KNEPPER & CLARK LLC and that on April 29, 2019, I caused the document **JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR RULE 11 SANCTIONS** to be served through the Court's CM/ECF to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR RULE 11 SANCTIONS [FIRST REQUEST] - 4