Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>    Plaintiff,<br><br>vs.<br><br>LEXISNEXIS; E-MERGES.COM; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 2:19-cv-00070-RFB-CWH<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF LEXISNEXIS**<br><br>**[SECOND REQUEST]** |

Plaintiff Jacqueline Steinmetz ("Plaintiff") and Defendant LexisNexis; ("LexisNexis" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of LexisNexis (30) thirty days:

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF LEXISNEXIS [SECOND REQUEST] - 1

1. The Parties settled this matter on March 26, 2019 [ECF Dkt. 21].

2. On May 29, 2019, the Court granted the Parties an extension to file the Stipulation of Dismissal of LexisNexis. [ECF Dkt. 34]

3. The deadline to file the Stipulation of Dismissal of LexisNexis is June 26, 2019.

4. The Parties are currently working together to finalize several items relating to the settlement agreement. The Parties are acting as expeditiously as possible, but require additional time to complete the outstanding items before filing a Stipulation of Dismissal.

5. The Parties request an extension of thirty days to file their Stipulation of Dismissal of LexisNexis to allow them additional time to finalize the settlement agreement.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

6. Plaintiff agrees to file the Stipulation of Dismissal of LexisNexis no later than **July 26, 2019**.

DATED June 27, 2019.

| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 395 |
| Miles N. Clark, Esq. | 8985 S. Eastern Ave., Suite 200 |
| Nevada Bar No. 13848 | Las Vegas, NV 89123 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: gschnitzer@ksjattorneys.com |
| Las Vegas, NV 89148 | |
| Email: matthew.knepper@knepperclark.com | *Counsel for Defendant LexisNexis* |
| Email: miles.clark@knepperclark.com | |
| | |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL OF LEXISNEXIS

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  28th  day of   June,     2019.

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF LEXISNEXIS [SECOND REQUEST] - 3